## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 10th day of August, 2012, I caused a copy of the **Motion of the Steering Committee of the Ad Hoc Group of Bondholders of Elpida Memory, Inc. to Modify the Order Recognizing Foreign Representatives and Foreign Main Proceeding** to be served upon the parties listed on the service list attached hereto *via* hand delivery to local Wilmington, Delaware parties and *via* first class mail to all non-local parties.

                                                      L. John Bird (No. 5310)

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Howard Cohen
David Primack
Drinker Biddle & Reath LLP
1100 N. Market St. Ste. 1000
Wilmington, DE 19801

James L. Higgins
Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

Kevin W. Goldstein
Stradley Ronon Stevens & Young LLP
300 Delaware Ave. Ste. 800
Wilmington, DE 19801

David Klauder
Office of the U.S. Trustee
844 King St. Ste. 2207
Wilmington, DE 19801

Richard L. Horowitz
David Ellis Moore
Potter Anderson & Corroon LLP
1313 N Market St. 6th Fl.
P.O. Box 951
Wilmington, DE 19801

Neil B. Glassman
Ashley B. Stitzer
Bayard PA
222 Delaware Ave. Ste. 900
Wilmington, DE 19801

Francis. DiGiovanni
Thatcher A. Rahmeier
Connolly Bove Lodge & Hutz
The Nemours Bldg
1007 N. Orange Street
Wilmington, DE 19801

John G. Day
Andrew C. Mayo
Ashby & Geddes
500 Delaware Ave. 8th Fl.
Wilmington, DE 19801

Robert L. Jacobson
David K. Tellekson
Jeffrey A. Ware
Fenwick & West LLP
1191 Second Ave. 10th Fl.
Seattle, WA 98101

Jared Bobrow
Weil Gotshal & Manges LLP
201 Redwood Shores Pkwy.
Redwood Shores, CA 94065

Robert E. Frietas
Craig R. Kaufman
Jason Sheffield Angell
Freitas Tseng Baik & Kaufman LLP
100 Marine Parkway Suite 200
Redwood Shores, CA 94065

Kevin P.B. Johnson
Ray Zado
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065

Sean Pak
Quinn, Emanuel, Urquhart & Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111

Joseph Milowic III
Quinn, Emanuel, Urquhart & Sullivan LLP
51 Madison Ave. 22nd Fl.
New York, NY 10010

Barbara Murphy
David F. Nickel
Foster Murphy Altman & Nickel, PC
1899 L Street NW Ste. 1150
Washington, DC 20036

Robert W. Busby and Nathan W. McCutcheon
David Morris and Jeremy. Peterson
Jacob Snodgrass
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004

Jason E. Gettleman and Andrew J. Gray IV
Tae-Woong Koo
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real Ste. 700
Palo Alto, CA 94306

K. T. Cherian
Robert Scott Wales
Constance F. Ramos
Hogan Lovells LLP
4 Embarcadero Center 22nd Floor
San Francisco, CA 94111

Ellen M. Bierman
Lawrence D. Graham
Lowe & Graham & Jones LLP
701 Fifth Ave. Ste. 4800
Seattle, WA 98104

Robert S. Bennett John Robert Robertson
Hogan Lovells LLP
555 Thirteenth Street, NW
Washington, DC 20004

S. Calvin Capshaw
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647

George Badenoch and Matthew Berkowitz
Richard Rosati and Christopher Scott
Rose Cordero Prey and Thomas Makin
Kenyon & Kenyon
One Broadway
New York, NY 10004

The Dacus Firm, PC
821 ESE Loop 323 Ste. 430
Tyler, TX 75701

Benjamin Hattenback and Brian Ledahl
Elliott. Brown and Ellisen Turner
Gunnar Gundersen
Irell & Manella LLP
1800 Avenue of the Stars Ste. 900
Los Angeles, CA 90067

Theodore J Angelis
K&L Gates LLP
925 Fourth Ave. Ste. 2900
Seattle, WA 98104

Alexander M. Wu
Laurie Lootens Chyz
Louis David Peterson
Hillis Clark Martin & Peterson
1221 Second Ave. Ste. 500
Seattle, WA 98101

Craig R Kaufman
Freitas Tseng Baik & Kaufman LLP
100 Marine Parkway Suite 200
Redwood Shores, CA 94065

David P Hansen
Aiken St. Louis & Siljeg
801 Second Ave. 1200 Norton Bldg
Seattle, WA 98104

L. Ashley Aull and Ted Dane
Gregory P. Stone and Eric P. Tuttle
Munger Tolles & Olson LLP
355 S. Grande Ave. 35th Floor
Los Angeles, CA 90071

Kristen Linsley Myles
Munger Tolles & Olson LLP
560 Mission Street 27th Floor
San Francisco, CA 94105

Sidney Calvin Capshaw
Elizabeth L. DeRieux
Daymon Jeffrey Rambin
Capshaw DeRieux LLP
114 E. Commerce Avenue
Gladewater, TX 75647

G. Hopkins Guy, III and Michael F. Heafey
Matthew J. Hult and Denise Marie Mingrone
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Eric Hugh Findlay
Findlay Craft
6760 Old Jacksonville Hwy. Suite 101
Tyler, TX 75703

Herbert A. Yarbrough III
100 E. Ferguson Suite 1015
Tyler, TX 75702

David J. Palmer
Jonathan M. James
Perkins Coie Brown & Bain
2901 N. Central Ave. Ste. 2000
Phoenix, AZ 85012

Wayne Barksy
Steven Geiszler
Mark Reiter
Gibson Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071

Michael Levinson
Allan Unikel
Joseph Lanser
Matthew Werber
Seyfarth Shaw LLP
131 S. Dearborn St. Ste. 2400
Chicago, IL 60603

J. Colaianni
T. Riffe
Fish & Richardson PC
1425 K Street NW 11th Fl.
Washington, DC 20005

Joseph L. Steinfeld Jr.
Gary D. Underdahl
Pirinate Consulting Group, LLC
2600 Eagan Woods Drive Ste. 400
St. Paul, MN 55121

Jeffrey Bragalone and Alfonso Chan
Sean N. Hsu and Daniel Olejko
Michael Shore
Shore Chan Bragalone & DePumpo LLP
901 Main Street
Dallas, TX 75202

Henry Pan
Jose Villareal
Seungtaik Michael Song
Wilson Sonsini Goodrich & Rosati
900 S. Capital of Texas Hwy.
Austin, TX 78746

Vidya R. Bhakar
Steven Strauss
Timothy Teter
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121

Gregory L. Lippetz
Jones Day LLP
1755 Embarcadero Road
Palo Alto, CA 94303

Michael A. Hawes and Lisa C. Kelly
Michael D. McBride and Scott F. Partridge
Baker & Botts LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002

Jennifer Parker Ainsworth
Wilson, Robertson & Cornelius PC
909 ESE Loop 323 Suite 400
Tyler, TX 75701

Maurice Horwitz
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Benjamine Hoch
Covington & Burling LLP
New York Time Bldg.
620 Eighth Avenue
New York, NY 10018

Ira S. Greene
Brian J. Grieco
Hogan Lovells LLP
875 Third Avenue
New York, NY 10022

Steven W. Meyer
Tyler K. Olson
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Mark W. Deveno
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Jonas R McDavit
Paul A Bondor
Desmarais LLP - New York
230 Park Avenue
New York, NY 10169

Brooks G. Parfit and Davin M. Stockwell
Jeffrey L. Cox and Richard S. Swope
Orrick, Herrington & Sutcliffe LLP
2050 Main St. Ste. 1100
Irvine, CA 92614

John P. Schnurer
Michael J. Engle
Perkins Coie LLP
700 Thirteenth St. NW
Washington, DC 20005

Eugene Chui and Jason Berrebi
John C. Spaccarotella and Jon T. Hohenthaner
Desmarais LLP - New York
230 Park Avenue
New York, NY 10169

Mark D. Collins Lee E. Kaufman
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801

James I. McClammy
Giorgio Bovenzi
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Theodore A. Paradise
Davis Polk & Wardwell LLP
Izumi Garden Tower 33F, 1-6-1
Roppongi
Tokyo 106-6033
Japan

Mary B. Graham and Karen Jacobs Louder
Donald E. Reid and Jack B. Blumenfeld
Ramy Hanna
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jennifer Ying and Richard John Bauer Morris
Julia Heaney, Derek C. Abbot & Chad Fights
Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899